NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATTESTWAVE, LLC,**

*Plaintiff-Appellee*

v.

**IBM CORPORATION,**

*Defendant-Appellant*

---

2025-1152

---

Appeal from the United States District Court for the Western District of Texas in No. 6:22-cv-01107-OLG, Judge Orlando L. Garcia.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    ATTESTWAVE, LLC V. IBM CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

November 19, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 19, 2024